**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| **KALDREN LLC,** | |
| **Plaintiff,** | |
| **v.** | **No. 5:17-cv-67-RWS-CMC** |
| **GENERAL MILLS, INC.,** | |
| **Defendant.** | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

With Defendant General Mills, Inc.'s permission, under Federal Rule of Civil Procedure 41(a)(2), Plaintiff Kaldren LLC, by and through its undersigned counsel, files this Unopposed Motion to Dismiss with Prejudice all claims that Plaintiff has asserted against Defendant in this case.  Each party shall bear its own attorneys' fees and costs, and all relief not previously granted shall be denied as moot.  A proposed order is attached.

Dated: June 8, 2017

Respectfully submitted,

*/s/ Peter J. Corcoran III*
Peter J. Corcoran, III
Texas State Bar No. 24080038
Corcoran IP Law, PLLC
2019 Richmond Road, Suite 380
Texarkana, Texas 75503
Tel: (903) 701-2481
Fax: (844) 362-3291
Email: peter@corcoranip.com

*Counsel for Plaintiff*
*Kaldren LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's local rules and CM/ECF system on June 8, 2017.

*/s/ Peter J. Corcoran III*
Peter J. Corcoran III