IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **KALDREN LLC** | § | |
| | § | |
| **VS.** | § | No. 5:17cv67-RWS-CMC |
| | § | |
| **GENERAL MILLS, INC.** | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Unopposed Motion to Dismiss With Prejudice Under Rule 41(a)(2) (Dkt. No. 15), it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs.

All relief not previously granted is hereby **DENIED**.[1]

The Clerk of the Court is directed to **CLOSE** the case.

**It is SO ORDERED.**

**SIGNED this 14th day of June, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge granted the Defendant's motion to transfer venue June 6, 2017 but stayed implementation for twenty days to allow the parties to file objections with the District Judge. The parties moved to dismiss the case before the twenty days expired.